**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6202**

———————

TIMOTHY B. WHITMORE, 529 11 4350, US Coast
Guard Reserves,

                                  Petitioner - Appellant,

      versus

JANET RENO, as Attorney General of the United
States; RODNEY SLATER, as Secretary for the
Department of Transportation; THE OFFICE FOR
THE INSPECTOR GENERAL, Department of Transpor-
tation; ROBERT E. KRAMEK, Admiral, as Comman-
dant of the Coast Guard; REAR ADMIRAL BARRETT,
as Commander of the Maintenance and Logistics
Command Atlantic; THOMAS B. TAYLOR, Captain,
as Commander of the Coast Guard Personnel
Command; UNITED STATES ATTORNEY FOR THE
EASTERN DISTRICT OF VIRGINIA, Custodial
Respondent,

                              Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CA-98-101-2)

———————

Submitted:  May 25, 1999         Decided:  September 13, 1999

———————

Before NIEMEYER and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

Timothy B. Whitmore, Appellant Pro Se.  Susan Lynn Watt, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy B. Whitmore appeals the district court's order granting Defendant's motion to dismiss his petition filed under 28 U.S.C. § 2241 (1994).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Whitmore v. United States, No. CA-98-101-2 (E.D. Va. Jan. 29, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED